**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____ '17 - CV - 01132 _____

(To be supplied by the court)

Thomas Carr

_____, Plaintiff,

v.          Officers: R. Bartoshevich and

_____,

Officer Weese

_____,

Englewood Police Department

_____,

Chief of Police

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**COMPLAINT**

Civil Rights Liability Under 42 U.S.C. Section 1983, deprivation of my rights, privileges and immunities secured by the Constition and laws, shall be liable to the party injured in an action at law, due to the abuses committed by defendants. _____

_____

(Rev. 07/06)

## PARTIES

1.    Plaintiff    Thomas Carr                                    is a citizen of  The United States
who presently resides at the following address:
2900 Vista Del Rey N.E. #19-D, Albuquerque, New Mexico


2.    Defendant   Officer Bartoshevich                       is a citizen of  U.S.
who live(s) at or is/are located at the following address:
Unknown

3.    Defendant   Officer Weese                               is a citizen of  U.S.
who live(s) at or is/are located at the following address:
Unknown

4.    Defendant    Chief of Police                            is a citizen of U.S.
who lives at: Unknown

5.    Defendant    Englewood Police Department          is a citizen of U.S.
Who lives at: Unknown

## JURISDICTION

4.    Jurisdiction is asserted pursuant to following statutory authorities:
42 U.S.C. Section 1983. I am appearing Pro Se


5.    Briefly state the background of your case:
On May 6, 2015, I was stopped by Englewood Police Officer Bartoshevich, and was brutally assaulted by Officers Bartoshevich, Weese and any other policemen on the scene: resulting in: Concussion, Traumatic Brain Injury, PTSD, fractured pelvis, facial injuries, torn rotator cuff, injured knee, bodily injuries and mental despair.

2

(Rev. 07/06)

## REQUEST FOR RELIEF

Plaintiff requests the following relief: all medical bills and on-going bills related to personal, physical and mental problems resulting from the assault by the Englewood police department and any additional damages that the court deems, including lost income. I am appearing "Pro Se".

Date: _5/4/2017_

_Thomas Carr_
(Plaintiff's Original Signature)

_2900 Vista Del Rey N.E. #19-D_
(Street Address)

_Albuquerque, New Mexico 87112_
(City, State, ZIP)

_303- 475-4154_
(Telephone Number)

6

(Rev. 07/06)